# EXHIBIT D

Case 1:23-cv-01644-DEH Document 1-4 Filed 02/27/23 Page 2 of 11

Amazon.com: Rae Dunn Set of 3 Hand Towels for Kitchen and Bathroom...XOXO 16 inches x 26 inches Decorative Hand Towels : Home & Kitchen    2/2/23, 1:27 PM





Roll over image to zoom in

# Rae Dunn Set of 3 Hand Towels for Kitchen and Bathroom, 100% Cotton, Embroidered Valentine's Day Dish Towels Embroidered XOXO 16 inches x 26 inches Decorative Hand Towels

Visit the Rae Dunn Store

 306 ratings

Best Seller

**$24**$^{99}$ ($8.33 / Count)

Get **Fast, Free Shipping** with **Amazon Prime**
FREE Returns

Get **$50 off instantly:** Pay $0.00 $24.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

**Color: Valentine's Day - Love**



**Size: 3 Pack**

| 2 Pack | **3 Pack** |

| Color | Valentine's Day - Love |
|---|---|
| Brand | Rae Dunn |
| Towel form type | Hand Towel |
| Age Range (Description) | All Ages |
| Material | Cotton |

---

$**24**$^{99}$ ($8.33 / Count)

Get **Fast, Free Shipping** with
Amazon Prime
FREE Returns

FREE delivery **Wednesday, February 8** if you spend $25 on items shipped by Amazon

Or fastest delivery **Saturday, February 4**. Order within **7 hrs 51 mins**

Select delivery location

**In Stock.**

Qty: 1

**Add to Cart**

**Buy Now**

Secure transaction

| Ships from | Amazon |
|---|---|
| Sold by | Enchante Direct |

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt



Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Add a gift receipt for easy returns

Add to List

Have one to sell?

Case 1:23-cv-01644-DEH   Document 1-4   Filed 02/27/23   Page 3 of 11

Amazon.com: Rae Dunn Set of 3 Hand Towels for Kitchen and Bathroom...6XO 16 inches x 26 inches Decorative Hand Towels : Home & Kitchen         2/2/23, 1:27 PM

#### About this item

- ADD SIMPLE RAE DUNN STYLE TO YOUR HOME: Accessorize your home with this hand towel set featuring "XOXO" embroidered in Rae Dunn's signature font.
- SET INCLUDES: This set features 3 hand towels that are each 16 in x 26 in. The towels have a woven terry material.
- 100% COTTON: These kitchen and bathroom hand towels are made of 100% cotton making them extra absorbent, and easy to clean and wash after use.
- VERSATILE THROUGHOUT YOUR HOUSE: Use these towels in your kitchen for drying dishes or hang them to accessorize your bathrooms. These towels are an easy way to add beautiful but simple décor and impress your guests with a genuine Rae Dunn product.
- CUSTOMER SATISFACTION GUARANTEE: At Enchante Direct, our #1 goal is customer satisfaction, please feel free to reach out to us with any issues or comments so we can ensure that your Enchante Direct order experience is positive and hassle free.

Sell on Amazon



Utopia Towels 4 Piece Hand Towels Set, (16 x 28 inches) 100% Ring Spu…

★★★★½ 17,022

$16.99 ✓prime

Sponsored ⓘ

#### Additional Details

**Small Business**
This product is from a small business brand. Support small. Learn more

#### Similar item to consider

 Nialnant Dish Towels for Kitchen, 16 x 23.6 Inch Housewarming Gifts New Home, Kitchen Gifts for Women, Mom, Men, Funny Kitchen Towels and dishcloths Sets

★★★★½ (24)

$18.99 ($4.75/Count)

 Utopia Towels Cotton Bleach Proof Salon Towels (16x27 inches) - Bleach Safe Gym Hand Towel (24 Pack, Black)

★★★★½ 3,592

$47.99 ✓prime

Sponsored ⓘ

### Buy it with

Total price: $51.97

[Add all three to Cart]

Amazon.com: Rae Dunn Set of 3 Hand Towels for Kitchen and Bathroom…6x0 16 Inches x 26 Inches Decorative Hand Towels : Home & Kitchen  
Case 1:23-cv-01644-DEH   Document 1-4   Filed 02/27/23   Page 4 of 11  
2/2/23, 1:27 PM



☑ **This item:** Rae Dunn Set of 3 Hand Towels for Kitchen and Bathroom, 100% Cotton, Embroidered Valentine's Day Di… $24.99 ($8.33/Count)

☑ Rae Dunn Everyday Collection 9 Piece MINI Kitchen Utensil Set- Stainless Steel and Silicone Kitchen Tools- (White) $14.99

☑ Rae Dunn Collection Soap Dispensing Dish Brush Set - Set of 2 Palm Brush Dish Scrubber with 2 Replacement Brush … $11.99

### 4 stars and above
Page 1 of 38

Sponsored

     

| | | | | |
|---|---|---|---|---|
| Rae Dunn Hand Towels, Embroidered Decorative Hand Towel for Kitchen and Bathroom, 1… | St Patricks Hand Towels Bathroom, Happy St. Patrick's Day Leprechaun Shamrocks Kitc… | 4 Pieces St. Patrick's Day Hand Towels Irish Shamrock Kitchen Towels Bath Towels Di… | Happy Easter Kitchen Towels, Easter Bunny Eggs Rabbit Hand Towels, Soft… | Artoid Mode Love Heart Truck Kitchen Dish Towels, 18 x 26 Inch Seasonal Valentine's… |
| 332 | 51 | 75 | 55 | 77 |
| $15.99 ($8.00/Count) | $11.99 ($6.00/Count) | $15.99 ($4.00/Count) | $19.99 prime | $11.99 ($6.00/Count) |
| prime | prime | prime | | prime |
| FREE delivery: **Wednesday, Feb 8** on orders over $25 shipped by Amazon. | FREE delivery: **Wednesday, Feb 8** on orders over $25 shipped by Amazon. | FREE delivery: **Wednesday, Feb 8** on orders over $25 shipped by Amazon. | FREE delivery: **Wednesday, Feb 8** on orders over $25 shipped by Amazon. | FREE delivery: **Wednesday, Feb 8** on orders over $25 shipped by Amazon. |

### More to shop from Rae Dunn
Page 1 of 2

Sponsored

    

| | | | | |
|---|---|---|---|---|
| Rae Dunn Hand Towels, Embroidered Decorative Hand Towel for Kitchen and Bathroom, 1… | Rae Dunn Set of Two Love Themed Bath/Kitchen Hand Towels (16" x 30",… | Rae Dunn Decorative Throw Pillows, Decor for Living Room and Bedroom, 2 Pack of… | Rae Dunn Milk Frother- Handheld Electric Drink Mixer, Handheld Electric Milk Frothe… | Rae Dunn Smoothie Blender- One Touch Blender with 20 oz Mason Jar Container… |
| 332 | | 37 | 1,113 | 256 |
| $15.99 ($8.00/Count) | $28.99 prime | $25.99 ($13.00/Count) | $11.99 prime | $39.99 prime |
| prime | FREE delivery: **Wednesday, Feb 8** | prime | | |
| FREE delivery: **Wednesday, Feb 8** on orders over $25 shipped by Amazon. | | FREE delivery: **Wednesday, Feb 8** | FREE delivery: **Wednesday, Feb 8** on orders over $25 shipped by Amazon. | FREE delivery: **Wednesday, Feb 8** |

### Product Description

Make your kitchen and bathrooms stand out with these authentic Rae Dunn hand towels. This simple accessory will add classic style to your home. This 3

Amazon.com: Rae Dunn Set of 3 Hand Towels for Kitchen and Bathroom...6x0 16 inches x 26 inches Decorative Hand Towels : Home & Kitchen    2/2/23, 1:27 PM

Case 1:23-cv-01644-DEH   Document 1-4   Filed 02/27/23   Page 5 of 11

piece, decorative towel set is embroidered in Rae Dunn's signature font. Hang these hand towels in your kitchen or bathroom and impress all your guests with these beautiful towels that are great quality.

Rae Dunn Hand Towel Features:

- Terry Material
- 100% Cotton
- Highly Absorbent
- Easy to Clean
- 16 inches x 26 inches in Size
- Authentic Rae Dunn Licensed Product

Click add to cart now and add some style to your home!
ABOUT RAE DUNN

California artist, ceramicist and author, Rae Dunn, finds beauty in simple shapes, imperfection and found objects.

"In my own way, I am driven to find the balance between expressing something that is deeply meaningful to me and creating a sense of joy that might quietly touch the lives of others."

Let your home tell its story with Rae Dunn products, adding a personal touch with simple beauty and style.

## Product information

| | |
|---|---|
| Color | Valentine's Day - Love |
| Brand | Rae Dunn |
| Towel form type | Hand Towel |
| Age Range (Description) | All Ages |
| Material | Cotton |
| Product Dimensions | 26"L x 16"W |
| Pattern | Embroidered |
| Fabric Weight | 1 Grams per Square Meter |
| Product Care Instructions | Machine Wash |
| Shape | Rectangular |
| Size | 3 Pack |
| Unit Count | 3.0 Count |
| Fabric Type | Cotton |
| Product Dimensions | 26 x 16 x 0.2 inches |
| Item Weight | 9.9 ounces |
| Manufacturer | Enchante Direct |
| ASIN | B0BQPC43PV |
| Customer Reviews | ★★★★☆  306 ratings<br>4.7 out of 5 stars |
| Best Sellers Rank | #18,880 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#28 in Hand Bath Towels |
| Date First Available | December 23, 2022 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

Amazon.com: Rae Dunn Set of 3 Hand Towels for Kitchen and Bathroom...6x0 16 inches X 26 Inches Decorative Hand Towels : Home & Kitchen    2/2/23, 1:27 PM

## Inspiration from this brand



**Rae Dunn**
Visit the Store on Amazon    **+ Follow**


Obsessed with Rae Dunn? Now you can wear it! Shop our collection of…


Express yourself and inspire others in our GIRL BOSS tee, or find one t…


Accessorize your home with Rae Dunn decorative dish towels💕Ne…


We LOVE Notch Co…

## Videos

Help others learn more about this product by uploading a video!

**Upload your video**

## More from frequently bought brands

Sponsored ⓘ



**Premium Kitchen Towels (20"x 28", 6 Pack) | Large Cotton Kitchen Hand Towels | Flat…**
⭐ 6,339
$22.99  ($3.83/Count)
prime



**Whaline Swedish Kitchen Dishcloth 6 Pack Flower Market Dish Towel Watercolor Floral…**
$11.99  ($2.00/Count)
prime
Climate Pledge Friendly



**Folkulture Kitchen Towels or Dish Towels for Kitchen, 20x26 Inches Tea Towels with …**
⭐ 307
$18.99  ($6.33/Count)
prime



**Hexagram St Patricks Day Kitchen Towels Set of 4, Happy St Patricks Day Dish Towels…**
⭐ 10
$15.99  ($3.56/Count)
prime



**100% Cotton Kitchen Towel Equinoxe Maison d' Hermine Set of 3 Super Soft Highly Abs…**
⭐ 1,892
$24.99  ($8.33/Count)
prime

Case 1:23-cv-01644-DEH   Document 1-4   Filed 02/27/23   Page 7 of 11

Amazon.com: Rae Dunn Set of 3 Hand Towels for Kitchen and Bathroom..6x0 16 inches x 26 inches Decorative Hand Towels : Home & Kitchen    2/2/23, 1:27 PM



Utopia Towels Cotton Bleach Proof Salon Towels (16x27 inches) - Bleach Safe Gym Hand Towel (24 Pac…

3,592

$47.99 prime

Sponsored

## Looking for specific info?

See questions and answers ›

## Customer reviews

4.7 out of 5

306 global ratings

| | | |
|---|---|---|
| 5 star | | 83% |
| 4 star | | 10% |
| 3 star | | 4% |
| 2 star | | 2% |
| 1 star | | 1% |

˅ How customer reviews and ratings work

## Reviews with images



See all customer images

Top reviews

### Top reviews from the United States

tat2colorado

★★★★☆ Cute but…

Amazon.com: Rae Dunn Set of 3 Hand Towels for Kitchen and Bathroom...6x0 16 inches x 26 inches Decorative Hand Towels : Home & Kitchen    2/2/23, 1:27 PM

Case 1:23-cv-01644-DEH   Document 1-4   Filed 02/27/23   Page 8 of 11



Utopia Towels Cotton Bleach Proof Salon Towels (16x27 inches) - Bleach Safe Gym Han...
3,592
$47.99 ✓prime    Shop now

Sponsored ⓘ

Reviewed in the United States on January 31, 2023

Color: Grey- "Wine/Dine" | Size: 2 Pack | **Verified Purchase**

I ordered the grey wine and dine set, I received a grey set but it days love and family. I don't completely mind but just would have rather had the wine and dine set.

Helpful    Report abuse

Melissa

★★★★★ **They're adorable!**

Reviewed in the United States on January 12, 2023

Color: "Joy/Believe/Merry" | Size: 3 Pack | **Verified Purchase**

I don't use them. Just for looks! Adorable.

Helpful    Report abuse

Briana Washington

★★★★★ **Amazing**

Reviewed in the United States on December 29, 2022

**Verified Purchase**

Super cute

Helpful    Report abuse

Karrob25

★★★★☆ **Does a Good Job**

Reviewed in the United States on October 28, 2022

**Verified Purchase**

These hand towels are cute and look good in my kitchen. They are a little thin so once you dry your hands a couple times the towels are wet and no longer can "dry" your hands. All in all, they work just fine.

One person found this helpful

Helpful    Report abuse

Amazon Customer

★★★★☆ **Nice towels**

Reviewed in the United States on September 26, 2022

Color: Navy- "Wash/Dry" | Size: 2 Pack | **Verified Purchase**

I have these in kitchen hanging for drying hands and they are great for that. Color is just as expected, true navy. Don't think the fabric would be good for drying dishes but didn't try it, not what I bought them for anyway.

One person found this helpful

Helpful　　Report abuse

**Shelly D**

★★★★☆ Nice color

Reviewed in the United States on October 21, 2022
Color: Yellow- "Clean/Dry"　|　Size: 2 Pack　|　**Verified Purchase**

Nice yellow hand towels.

Helpful　　Report abuse

**SecondHandRose**

★★★☆☆ Just ok

Reviewed in the United States on December 7, 2022
Color: White- "Blessed"　|　Size: 3 Pack　|　**Verified Purchase**

Nice for decorating but I highly doubt they would survive the Washer/dryer cycles

Helpful　　Report abuse

**Amazon Customer**

★★★★★ I love it

Reviewed in the United States on October 25, 2022
**Verified Purchase**

Looks beautiful

Helpful　　Report abuse

See all reviews ›



Utopia Towels 4 Piece Hand Towels Set, (16 x 28 inches) 100% Ring Spun Cotton,...
★★★★½ 17,022
$16.99 ✓prime

Sponsored ⓘ

Amazon.com: Rae Dunn Set of 3 Hand Towels for Kitchen and Bathroom...OXO 16 inches x 26 inches Decorative Hand Towels : Home & Kitchen       2/2/23, 1:27 PM

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Amazon Assistant
Help

      

| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances |
| Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | Fabric<br>Sewing, Quilting & Knitting | Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities |
| IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store |
| Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door |
|  |  | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust |  |  |  |

Amazon.com: Rae Dunn Set of 3 Hand Towels for Kitchen and Bathroom…OxO 16 inches x 26 inches Decorative Hand Towels : Home & Kitchen       2/2/23, 1:27 PM

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

https://www.amazon.com/Rae-Dunn-Embroidered-Valentines-Decora…75356777&sprefix=enchante%2Bdirect%2B%2Caps%2C88&sr=8-1&th=1       Page 10 of 10