# **Exhibit A**

(Images of RDD Soft Plush Throw)



DECLARATION OF RAE DUNN                2
EXHIBIT A



DECLARATION OF RAE DUNN                3
EXHIBIT A





DECLARATION OF RAE DUNN
EXHIBIT A

5