# <u>Exhibit B</u>

(Images of RDD Hand Towels)





